AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States of America

APPEARANCE

v.

Juan Carlos Franco Guerrero

CASE NUMBER: CR 05-107-02S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Juan Carlos Franco Guerrero

I certify that I am admitted to practice in this court.

10/5/05
*Date*

[signature]
*Signature*

George J. West 3052
*Print Name* *Bar Number*

One Financial Plaza Ste. 1500
*Address*

Providence RI 02903
*City* *State* *Zip Code*

401-861-9042 401-861-0330
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher