**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA

vs. CR: 05-107-02S

JUAN CARLOS FRANCO GUERRERO, alias ANGEL HUERTAS, alias
Angel DeJesus-Concepcion, Juan Luis Peguerro,
Eduardo Contreras,

**MOTION TO ENLARGE THE TIME TO CONDUCT DISCOVERY AND FILE PRETRIAL MOTIONS, AND TO VACATE TRIAL CALENDAR CALL, EMPANELMENT AND PRETRIAL SCHEDULING ORDER**

**NOW** comes the Defendant, JUAN CARLOS FRANCO GUERRERO, alias ANGEL HUERTAS, and moves that the court enter an order extending the time for conduction of Discovery and preparation and filing of Pretrial Motions in the within matter for an additional period of thirty (30) days. The reason for this request is counsel for the defendant requires additional time to investigate the facts of the case. Similarly an additional time is needed to investigate the substance of the offense. The defendant herein requires interpreter services and all meetings must be scheduled to make those available.

Defendant avers that the interest of justice would be served by allowing additional time for counsel to understand and investigate the facts and circumstances more fully in order to adequately represent the defendant.

Currently, counsel requires an additional thirty (30) days up to and including February 28, 2006 to review discovery, investigate and prepare any necessary motions. Such continuance should therefore be excludable for speedy trial calculation. As a consequence of the foregoing request Counsel necessarily moves that the within matter be

removed from the current Trial Calendar call, the empanelment and that the Pretrial Scheduling Order be vacated at this time and that the matter be reassigned.

Respectfully submitted,
Defendant Juan Carlos Franco Guerrero
By his attorney,

George J. West, Esq. #3052
One Financial Plaza, Suite 1500
Providence, RI 02903
(401) 861-9042
(401) 861-0330 Fax

CERTIFICATION

I hereby certify that on this 19th day of January 2006, I forwarded a copy of the within Motion to Adi Goldstein, Esq., Assistant United States Attorney, U. S. Department of Justice, Fleet Center, 8th Floor, Providence, RI 02903.