UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. Cr. No. 05-107S

JORGE L. COLLAZO and
ANGEL A. HUERTAS, alias
Angel M. Dejesus-Concepcion

**ORDER**

Defendant, Angel A. Huertas' Motion to enlarge the time to conduct discovery and file pretrial motions, and to vacate trial calendar call, empanelment and pretrial scheduling order is GRANTED. This matter is continued until the March 21, 2006 empanelment. Pursuant to Rule 12(f) of the Local Rules of the District of Rhode Island for the United States District Court, the time included from the filing of this Motion through disposition, as well as the duration of the continuance, constitutes excludable time as defined by 18 U.S.C. §3161(F). Such period is deemed excludable, for the reasons stated above, and because the interest of justice in allowing the defendants to fully understand their constitutional rights regarding the criminal charges pending against them outweigh the interest of the public and the defendants in a speedy trial.

ORDER:
By: [signature]
Deputy Clerk

ENTER:

[signature]
William E. Smith
U.S. District Judge

Date: 1/25/06