IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 05-107-02S |
| | ) | |
| JUAN CARLOS FRANCO GUERRERO, | ) | |
| alias Angel Huertas | ) | |

GOVERNMENT'S OBJECTION TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Adi Goldstein, Assistant U.S. Attorney, and hereby objects to the defendant's motion for reduction of sentence for the reasons stated in the accompanying memorandum.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,
ROBERT CLARK CORRENTE
United States Attorney

/s/ ADI GOLDSTEIN
ADI GOLDSTEIN
Assistant U.S. Attorney, RI Bar #6701
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000-Fax (401) 709-5001
email adi.goldstein@usdoj.gov

CERTIFICATE OF SERVICE

On this 26th day of June 2008, I caused the Government's Objection to Defendant's Motion for Reduction of Sentence to be filed electronically and it is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid:

Juan Carlos Franco
Reg #05665-070
NEOCC
2240 Hubbard Road
Youngstown, OH 44505

/s/ ADI GOLDSTEIN

ADI GOLDSTEIN
Assistant U.S. Attorney, RI Bar #6701
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
(401) 709-5000-Fax (401) 709-5001
email adi.goldstein@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 05-107-02S |
| | ) | |
| JUAN CARLOS FRANCO GUERRERO, | ) | |
| alias Angel Huertas | ) | |

GOVERNMENT'S MEMORANDUM IN SUPPORT OF ITS OBJECTION TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE

Now comes the United States of America and objects to defendant Juan Carlos Franco Guerrero's motion for a sentence adjustment. The defendant does not set forth any cognizable legal basis for a sentence reduction. The defendant was arrested on October 4, 2005, in possession of four kilograms of cocaine. He pleaded guilty to possession with intent to distribute and conspiracy, in violation of 21 U.S.C. § 841(a)(1) & 846 on March 17, 2006. On June 2, 2006, the Court sentenced the defendant to 70 months incarceration on Counts I and II of the Indictment to run concurrently. At sentencing, following a hearing, the Court determined that the Defendant did not qualify for the safety valve because he was not truthful during a "safety valve" interview . The Court carefully considered all the factors under 18 U.S.C. § 3553, including the fact that the defendant is a deportable alien, prior to announcing its sentence. Defendant filed a timely appeal. The First Circuit affirmed on March 21, 2007. The First Circuit upheld the District Court's findings with respect to the safety valve, and noted that the sentence was reasonable and that it properly took into account all the factors under 18 U.S.C. § 3553.

Defendant's motion should be dismissed as it is not cognizable under Fed. R. Crim. P. 35, because it falls outside the one-year time limit; it is not styled as a 28 U.S.C. § 2255, nor does it set forth any basis to find that the sentence or conviction is invalid; and, if considered as a motion pursuant to 28 U.S.C. § 2241 then it is filed in the wrong district. Defendant has not set forth any legal basis for his motion. At best, defendant can be heard to complain that his sentence should now be reduced because the Bureau of Prison found him ineligible for certain programs. It is settled law that the Bureau of Prison's determination of whether to place the defendant in a drug treatment program is reserved to the discretion of the BOP. 18 U.S.C. § 3621(b); Venegas v. Henman, 126 F.3d 760, 762 (5th Cir.1997); United States v. Jackson, 70 F.3d 874, 877 (6th Cir.1995). This is an issue related to the execution of the sentence, not its validity.

Defendant sets forth no reasons to disturb the sentence imposed by the Court. Accordingly, the government respectfully requests that Defendant's motion be DENIED.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,
ROBERT CLARK CORRENTE
United States Attorney

/s/ ADI GOLDSTEIN
ADI GOLDSTEIN
Assistant U.S. Attorney, RI Bar #6701
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401) 709-5000-Fax (401) 709-5001
email adi.goldstein@usdoj.gov

CERTIFICATE OF SERVICE

On this 26th day of June 2008, I caused the Government's Memorandum in Support of its Objection to Defendant's Motion for Reduction of Sentence to be filed electronically and it is available for viewing and downloading from the ECF system.

Notification by first class mail, postage prepaid:

Juan Carlos Franco
Reg #05665-070
NEOCC
2240 Hubbard Road
Youngstown, OH 44505

/s/ ADI GOLDSTEIN
ADI GOLDSTEIN
Assistant U.S. Attorney, RI Bar #6701
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
(401) 709-5000-Fax (401) 709-5001
email adi.goldstein@usdoj.gov